# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**NOMAD GOODS, INC.,**<br><br>　　　　　　　Defendant. | Case No.: 1:23-cv-00694-RGA |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff BelAir Electronics, Inc., by and through its undersigned counsel makes this Corporate Disclosure Statement.

BelAir Electronics, Inc. is a private Illinois corporation with no parent corporation. No public entity owns any percentage of BelAir Electronics, Inc.


Dated: June 28, 2023

*Of Counsel:*
Timothy J. Haller (*Pro Hac Vice Pending*)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Gabriel I. Opatken (*Pro Hac Vice Pending*)
NOBLE IP LLC
4151 W School St, Apt 2
Chicago, IL 60641
Phone: (773) 648-5433
gabriel@nobleipllc.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY & O'ROURKE, LLC
824 N Market St, Ste 1001A
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com


*Attorneys for Plaintiff*
*BelAir Electronics, Inc.*