IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**NOMAD GOODS, INC.,**<br><br>         **Defendant.** | Case No.: 1:23-cv-00694-RGA |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent the Plaintiff, BelAir Electronics, Inc., in this civil action:

    Timothy J. Haller
    HALLER LAW PLLC
    230 E Delaware Pl, Ste 5E
    Chicago, IL 60611
    Phone: (630) 336-4283
    haller@haller-iplaw.com

    Gabriel I. Opatken
    NOBLE IP LLC
    4151 W School St, Apt 2
    Chicago, IL 60641
    Phone: (773) 648-5433
    gabriel@nobleipllc.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been or will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 28, 2023

*Of Counsel:*
Timothy J. Haller (*Pro Hac Vice Pending*)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Gabriel I. Opatken (*Pro Hac Vice Pending*)
NOBLE IP LLC
4151 W School St, Apt 2
Chicago, IL 60641
Phone: (773) 648-5433
gabriel@nobleipllc.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY & O'ROURKE, LLC
824 N Market St, Ste 1001A
Wilmington, DE 19801
Phone: (302) 478-4230
Fax: (302) 295-2873
gp@del-iplaw.com

*Attorneys for Plaintiff*
*BelAir Electronics, Inc.*

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2023

_____
UNITED STATES DISTRICT JUDGE