IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BELAIR ELECTRONICS, INC.,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**NOMAD GOODS, INC.,**<br><br>         **Defendant.** | Case No.: 1:23-cv-00694-RGA |

## STIPULATION TO EXTEND TIME

    IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendant, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to Plaintiff's complaint is extended up through and including September 18, 2023. This is the second request for an extension.

Dated: August 4, 2023

*Of Counsel:*
Timothy J. Haller (*Pro Hac Vice*)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Gabriel I. Opatken (*Pro Hac Vice*)
NOBLE IP LLC
4151 W School St, Apt 2
Chicago, IL 60641
Phone: (773) 648-5433
gabriel@nobleipllc.com

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar 478)
O'KELLY & O'ROURKE, LLC
824 N Market St, Ste 1001A
Wilmington, DE 19801
Phone: (207) 359-8576
Fax: (302) 295-2873
gp@del-iplaw.com

*Attorneys for Plaintiff*
*BelAir Electronics, Inc.*

**IT IS SO ORDERED** this _____ day of August, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE